1
2
3                                     O
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   DEMARCUS MONTE GIVAN,        ) Case No. CV 15-5271-BRO (KK)
                                  )
12                  Petitioner,   )
                                  )
13            v.                  )   **MEMORANDUM AND ORDER**
                                  )   **SUMMARILY**
14   K. SANTORO, Warden,          )   **DISMISSING ACTION**
                                  )
15                  Respondent.   )
                                  )
16   ─────────────────────────────)

17          On July 14, 2015, "Petitioner" Demarcus Monte Givan, a California state
18   prisoner who has not yet actually filed a Petition for a Writ of Habeas Corpus in
19   this Court, filed a "Motion and Request for Stay and Abeyance."  (ECF Docket No.
20   1).  It appears Petitioner is seeking to stay this action so he can exhaust certain
21   claims for habeas relief in state court, before pursuing a Petition for a Writ of
22   Habeas Corpus in this Court.  (Id.).

23          The Court cannot grant Petitioner's request.  Under Article III of the U.S.
24   Constitution, federal courts may only adjudicate cases or controversies, and may
25   not issue advisory opinions.  U.S. Nat'l Bank v. Independent Ins. Agents of Am.,
26   Inc., 508 U.S. 439, 446, 113 S. Ct. 2173, 124 L. Ed. 2d 402 (1993).  Because
27   Petitioner has not actually filed a federal habeas petition challenging his conviction
28   or sentence, there is no case or controversy properly before the Court.  See Carr v.

1  California, No. CV 13-4045-PSG (JC), 2013 WL 3053093 (C.D. Cal. June 14,

2  2013) (dismissing action for lack of a case or controversy where habeas petitioner

3  filed motion to stay action without actually filing a federal habeas petition); Myrick

4  v. Sec'y, No. CV 09-8898-GHK (CW), 2010 WL 144361 (C.D. Cal. Jan. 6, 2010)

5  (same).  The Court therefore lacks jurisdiction to grant a motion to stay this action.

6       IT IS THEREFORE ORDERED that Petitioner's Motion and Request for

7  Stay and Abeyance is DENIED, and that Judgment be entered summarily

8  dismissing this action without prejudice.

10  DATED: July 24, 2015

    _____

    HON. BEVERLY REID O'CONNELL
    UNITED STATES DISTRICT JUDGE

14  Presented by:

    _____
18  KENLY KIYA KATO
19  UNITED STATES MAGISTRATE JUDGE

2