JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARCUS MONTE GIVAN, | Case No. CV 15-5271-BRO (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| K. SANTORO, Warden, | |
| Respondent. | |

In accordance with the Memorandum and Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: July 24, 2015

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE